

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00158-CR

Clarence Edward **LIPPERT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7076
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The clerk's record was due on May 9, 2022. On May 13, 2022, the district clerk filed a notification of late record stating an increased workload for their small office has prevented the timely filing of the record.

The request for additional time is GRANTED and the Gillespie County District Clerk is ORDERED to file the clerk's record **no later than July 8, 2022. Further requests for an extension of time will be disfavored.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court